**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6933

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ANTHONY MARCELLUS BAKER,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, District Judge. (8:94-cr-00361-PJM-l; 8:08-cv-01102-PJM-l)

Submitted: August 21, 2008          Decided: August 27, 2008

Before WILLIAMS, Chief Judge, and KING and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Marcellus Baker, Appellant Pro Se.  Rod J. Rosenstein, United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Marcellus Baker appeals the district court's orders denying his motion for modification of sentence, 18 U.S.C.A. § 3582(c)(2) (West 2000 & Supp. 2008). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Baker, Nos. 8:94-cr-00361-PJM-l; 8:08-cv-01102-PJM-l (D. Md. filed May 1, 2008 and entered May 2, 2008; May 9, 2008).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

*To the extent that Baker seeks to raise his claims by way of a 28 U.S.C. § 2255 (2000) motion, the district court properly noted that he must first obtain authorization from this court pursuant to 28 U.S.C. § 2244 (2000).